# Court of Appeals
# of the State of Georgia

ATLANTA,  December 03, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0565. LEE CURTIS SWINTON v. THE STATE.**

In 2012, Lee Curtis Swinton was convicted of robbery by force, aggravated assault, and kidnapping with bodily injury. We affirmed his convictions on direct appeal in an unpublished opinion. See *Swinton v. State*, Case No. A15A0727 (June 29, 2015).[1] In August 2019, Swinton filed a motion for an out-of-time appeal, which the trial court denied. Swinton then filed this direct appeal. We, however, lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (punctuation omitted). Because Swinton already has had a direct appeal, he is not entitled to an out-of-time appeal. See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for

---

[1] We have also dismissed Swinton's attempts to seek appellate review of the trial court's denial or dismissal of his motions to vacate a void conviction or sentence. See Case Nos. A18A0986 (Jan. 16, 2018); A18D0314 (Feb. 20, 2018); A19A2080 (June 27, 2019).

out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal.").

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___12/03/2019_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*